■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MARTINEZ, Appellant. [770 NYS2d 656]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 9, 1986 (*People v Martinez,* 121 AD2d 475 [1986]), affirming a judgment of the Supreme Court, Queens County, rendered October 24, 1984.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., Santucci, Altman and Florio, JJ., concur.